ALAN R. BRAYTON, ESQ., S.B. #73685
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. BULTER,<br><br>  Plaintiff,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (BP), et al.,<br><br>  Defendants. | No. C09-01077-JCS JSW<br><br>STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT<br><br>**AND ORDER THEREON** |

Come now Plaintiff CHARLES H. BULTER ("Plaintiff") and Defendant CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, defendant CC&S removed this case to the United State District Court for the Northern District of California on March 11, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs' allegations that his injury was caused by products designed and manufactured by CC&S under the supervision and control of the United States government;

WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

///

---

WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a resolution of Plaintiffs' claims again CC&S;

WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiffs' claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March 16, 2009        BRAYTON ❖ PURCELL LLP

By: /s/ Richard M. Grant
Richard M. Grant
Attorneys for Plaintiffs CHARLES H. BULTER

Dated: March 16, 2009        ARMSTRONG & ASSOCIATES, LLP

By: /s/ Mahsa M. Kashani
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274732. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: March 18, 2009, 2009     By: /s/ Jeffrey S. White
UNITED STATES DISTRICT COURT